;'/d

**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jeronimo DELGADO-Pascual**<br>DOB: 1988; Mexican Citizen<br>**Elisa Yanile TAPIA-Patino**<br>DOB: 1989; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>24-05817MJ |

| Complaint for violation of Title 18, United States Code, §§ 554(a) and 2 |
|---|

On or about March 3, 2024, in the District of Arizona, **Jeronimo DELGADO-Pascual** and **Elisa Yanile TAPIA-Patino** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is, six (6) rifles, six (6) handguns, magazines, and approximately 2,132 rounds of ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Sections 554(a) and 2.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On March 3, 2024, HSI Agents were conducting surveillance of a red Dodge Ram vehicle bearing Georgia license plate CVF6052 driven by a female. At approximately 5:00 p.m., the Dodge Ram was seen parked outside of the Cal Ranch store at a shopping center in Sierra Vista, Arizona. At approximately 6:00 p.m. a white Kia Sportage bearing Sonoran plate RFF-416-A pulled into the same shopping center and parked adjacent to the Dodge Ram outside of a Ross retail store. Records check on the Kia Sportage indicated that it was admitted into the United States earlier that day at approximately 4:49 p.m. through the Douglas, Arizona Port of Entry in Douglas, Arizona.

Once the vehicles were adjacent to each other at the Ross store, two adult passengers, later identified as Defendants **Jeronimo DELGADO-Pascual** and **Elisa Yanile TAPIA-Patino**, were seen exiting the Kia Sportage. Agents on surveillance witnessed **DELGADO-Pascual** and **TAPIA-Patino** transfer baggage from the red Dodge Ram truck into the passenger compartment of the Kia Sportage.

After leaving the Ross parking lot, HSI agents observed the Kia Sportage travel to the Best Buy store in Sierra Vista, Arizona. Two adult occupants entered the store then returned to the vehicle with shopping bags. After returning to the vehicle, agents observed **DELGADO-Pascual** open the trunk, lift the rear spare tire compartment, and place items in the compartment. Agents observed the Kia Sportage continue to a Walmart store in Sierra Vista where agents saw the adult occupants enter to purchase items. At both Best Buy and Walmart agents observed that two children ages 12 and 2 years old were left alone in the car.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Raquel Arellano*   RAQUEL ARELLANO   <small>Digitally signed by RAQUEL ARELLANO Date: 2024.03.05 09:20:59 -07'00'</small> | SIGNATURE OF COMPLAINANT<br><br>MATTHEW J HUNT <small>Digitally signed by MATTHEW J HUNT Date: 2024.03.05 10:09:09 -07'00'</small> |
|---|---|
| **Sworn by telephone  x__** | OFFICIAL TITLE<br>HSI Special Agent Matthew Hunt |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br><br>*Lynnette C. Kimmins* | DATE<br>March 5, 2024 |

1)    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

24-05817MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

After leaving the Walmart store, the Kia Sportage was surveilled from Sierra Vista to the Douglas Port of Entry. During this time the vehicle was under continuous surveillance by HSI Agents, and the vehicle made no further stops.

At the Douglas Port of Entry, the Kia Sportage attempted to exit the United States and enter the Republic of Mexico. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Jeronimo DELGADO-Pascual**, the driver of the Kia Sportage. The primary CBPO asked **DELGADO-Pascual** if he had any weapons, ammunition, or currency more than $10,000 dollars to declare. The CBPO received a negative customs declaration from **DELGADO-Pascual** but noticed he exhibited signs and symptoms of nervous behavior. The vehicle was referred to secondary outbound inspection where a search of the vehicle was made. The search led to the discovery of weapons, magazines, and ammunition in the center console, in the lining of the back seat of the vehicle, and in the trunk under the spare tire compartment. In total, six (6) rifles, six (6) handguns, 13 magazines, and approximately 2,132 rounds of ammunition were retrieved from the vehicle. Six (6) pistols were found in the center console of the vehicle (not in bags when found). In the lining of the back seat, CBPOs found the 2,1232 rounds of ammunition and 13 magazines. The remaining firearms (rifles) were found in the trunk. The rifles were not in any bags but were laid in the trunk by the spare tire. **DELGADO-Pascual** and **TAPIA-Patino** were escorted to separate holding cells at the Douglas Port of Entry.

In a post-*Miranda* interview, **TAPIA-Patino** stated that the family had gone to Sierra Vista to shop at Ross, Best Buy, and Walmart. **TAPIA-Patino** admitted to meeting with a female at Ross. **TAPIA-Patino** stated she did not know the name of the female subject but had previously met her. She stated she believed the woman was from Nebraska.

The firearms, magazines, and ammunition found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. Valid export licenses were not produced at the port of entry by either **DELGADO-Pascual** or **Elisa Yanile TAPIA-Patino**.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

24-05817MJ



