1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   BRANDON M. BOLLING
3  Assistant United States Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: brandon.bolling@usdoj.gov
6  Attorneys for Plaintiff

FILED
2024 MAR 27 PM 1: 45
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR24-01483 TUC-JCH(BGM) |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Count 1 |
| 1. Jeronimo Delgado-Pascual, and<br>2. Elisa Yanile Tapia-Patino, | 18 U.S.C. § 924(h)<br>(Receipt of a Firearm or Ammunition Used to Commit a Felony)<br>Count 2 |
| Defendants. | 18 U.S.C. § 924(k)(2)(B)<br>(Smuggling a Firearm/Ammunition Out of the United States to Promote a Felony)<br>Count 3 |
| | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about March 3, 2024, in the District of Arizona, JERONIMO DELGADO-PASCUAL and ELISA YANILE TAPIA-PATINO knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States,

and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is, twelve (12) firearms, to wit: six (6) rifles [three (3) Century Arms 7.62x39 VKSA rifles, one (1) Sig Sauer AR-15 Rifle, one (1) Pioneer Arms Corp Hellpup rifle, and one (1) Wilson Combat Multi Cal. Rifle], six (6) handguns [one (1) FMK 9mm handgun, one (1) Glock 22 9mm handgun, one (1) Glock 45 9mm handgun, one (1) Glock 17 9mm handgun, one (1) Glock 43 9mm handgun, one (1) Glock 47 9mm handgun], twenty-one (21) firearm magazines, and approximately 2,132 rounds of ammunition [7.62 x 39mm ammunition (681 rounds), 5.56mm ammunition (21 rounds), .223 caliber ammunition (353 rounds), 9mm ammunition (1001 rounds), .40 caliber ammunition (73 rounds), and .308 caliber ammunition (3 rounds)], knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about March 3, 2024, in the District of Arizona, JERONIMO DELGADO-PASCUAL and ELISA YANILE TAPIA-PATINO did knowingly receive twelve (12) firearms, to wit: six (6) rifles [three (3) Century Arms 7.62x39 VKSA rifles, one (1) Sig Sauer AR-15 Rifle, one (1) Pioneer Arms Corp Hellpup rifle, and one (1) Wilson Combat Multi Cal. Rifle], and six (6) handguns [one (1) FMK 9mm handgun, one (1) Glock 22 9mm handgun, one (1) Glock 45 9mm handgun, one (1) Glock 17 9mm handgun, one (1) Glock 43 9mm handgun, one (1) Glock 47 9mm handgun], and did knowingly receive ammunition, to wit: approximately 2,132 rounds of ammunition [7.62 x 39mm ammunition (681 rounds), 5.56mm ammunition (21 rounds), .223 caliber ammunition (353 rounds), 9mm ammunition (1001 rounds), .40 caliber ammunition (73 rounds), and .308 caliber ammunition (3 rounds)], knowing or having reasonable cause to believe that the firearms and ammunition would be used to commit a felony, that is: Smuggling Goods from the United States, in violation of Title 50, United States Code, Section 4819; Title 15, Code of

Federal Regulations, Parts 736.2, 738, and 774; and Title 18, United States Code, Section 554(a); all in violation of Title 18, United States Code, Section 924(h).

### COUNT 3

On or about March 3, 2024, in the District of Arizona, JERONIMO DELGADO-PASCUAL and ELISA YANILE TAPIA-PATINO did knowingly conspire to take out of the United States firearms and ammunition, that is, twelve (12) firearms, to wit: six (6) rifles [three (3) Century Arms 7.62x39 VKSA rifles, one (1) Sig Sauer AR-15 Rifle, one (1) Pioneer Arms Corp Hellpup rifle, and one (1) Wilson Combat Multi Cal. Rifle], six (6) handguns [one (1) FMK 9mm handgun, one (1) Glock 22 9mm handgun, one (1) Glock 45 9mm handgun, one (1) Glock 17 9mm handgun, one (1) Glock 43 9mm handgun, one (1) Glock 47 9mm handgun], twenty-one (21) firearm magazines, and approximately 2,132 rounds of ammunition [7.62 x 39mm ammunition (681 rounds), 5.56mm ammunition (21 rounds), .223 caliber ammunition (353 rounds), 9mm ammunition (1001 rounds), .40 caliber ammunition (73 rounds), and .308 caliber ammunition (3 rounds)] with intent to engage in or to promote conduct that constitutes a felony, in violation of Title 18, United States Code, Section 924(k)(2)(B).

### FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, the defendants, JERONIMO DELGADO-PASCUAL and ELISA YANILE TAPIA-PATINO, shall forfeit to the United States: (1) any firearms and ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c); (2) any property constituting an item that is exported or intended to be exported, pursuant to Title 50, United States Code, Section 4819(d)(1)(C); and (3) any property used or intended to be used, in any manner, to commit or facilitate the violation, pursuant to Title 50, United States Code, Section 4819(d)(1)(A).

Upon conviction of Counts Two through Four of the Indictment, the defendants, JERONIMO DELGADO-PASCUAL and ELISA YANILE TAPIA-PATINO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28,

United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

The property to be forfeited includes, but is not limited to:

- Three (3) Century Arms 7.62x39 VKSA rifles, serial numbers SV709767, SV7115232, and SV7113151;
- One (1) Sig Sauer AR-15 rifle, serial number removed;
- One (1) Pioneer Arms Corp Hellpup rifle, serial number PAC23PL10303F;
- One (1) Wilson Combat Multi Cal. Rifle, serial number WCA45575;
- One (1) FMK 9mm handgun, serial number A3326;
- One (1) Glock 22 9mm handgun, serial number BGGX525,
- One (1) Glock 45 9mm handgun, serial number removed;
- One (1) Glock 17 9mm handgun, serial number removed;
- One (1) Glock 43 9mm handgun, serial number removed;
- One (1) Glock 47 9mm handgun, serial number removed;
- Six (6) .223/5.56 magazines;
- Five (5) 7.62x39 magazines;
- One (1) 6 round 9mm magazine;
- Five (5) 16 round 9mm magazines;
- Two (2) 14 round 9mm magazines;
- One (1) 30 round 9mm magazine;
- One (1) 100 round .223/5.56 drum magazine;
- 681 rounds of 7.62 x 39mm ammunition;
- 21 rounds of 5.56mm ammunition;
- 353 rounds of .223 caliber ammunition;
- 1001 rounds of 9mm ammunition;
- 73 rounds of .40 caliber ammunition;
- 3 rounds of .308 caliber ammunition; and
- One (1) 2021 Kia Sportage, VIN: U6YPG3AA8ML967307.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Sections 4819(d)(1)(A) and 4819(d)(1)(C), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: March 27, 2024

REDACTED FOR PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
BRANDON M. BOLLING
Assistant U.S. Attorney